**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8077**

MORRIS J. PETTIGREW, SR.,

Plaintiff - Appellant,

v.

CORIZON MEDICAL SERVICES; PAUL MATERA, MD; DAVID M. MATHIS,
MD; LINO QUILO, MD; JOSEPH INZERILLO, MD; BRUCE FORD, PA;
JESSICA CECIL, PA; JENNIFER PATTERSON, RN; DR. CLEM, Medical
Director,

Defendants - Appellees,

and

OFFICE OF THE ATTORNEY GENERAL,

Party Below.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   George Levi Russell, III, District
Judge.  (1:12-cv-01713-GLR)

Submitted:  January 22, 2013          Decided:  January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Morris J. Pettigrew, Sr., Appellant Pro Se.   Benjamin L. Davis,
III, Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN &

COURTNEY, PC, Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morris J. Pettigrew, Sr., seeks to appeal the district court's order assessing a filing fee and denying his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Pettigrew seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED